## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 194 MAL 2017

                        Respondent   :

  :   Petition for Allowance of Appeal from
  :   the Order of the Superior Court

          v.   :

PETER A. HISSIM,   :

                      Petitioner   :


## ORDER


**PER CURIAM**

      **AND NOW**, this 22nd day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.